UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR405 CDP |
| ) | |
| BRANDON EWING, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that defendant **Brandon Ewing's** motion to vacate [#337] is granted and the change of plea hearing as to defendant **Brandon Ewing** previously set for Monday, January 26, 2009 is **VACATED**.

**IT IS FURTHER ORDERED** that this matter is set for a telephone conference as to defendant **Brandon Ewing only** on **Thursday January 29, 2009 at 3:00 p.m.** The Court will initiate the telephone conference with counsel only.

*[signature]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of January, 2009.